7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Alexander A Lorentson, Jr. and Ingrid C Lorentson
*Debtor*

*Bankruptcy Case No.*
12–61975–abf7

**J. Kevin Checkett**
    Plaintiff(s)

*Adversary Case No.*
13–06003–abf

v.

**Alex Lorentson**
**Jekaterina Lorentson**
    Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: Judgment is entered: (1) in favor of Defendants Alex Lorenston and Jaketerina on the Trustee's Complaint; and (2) dismissing the Defendants' counterclaim without prejudice to any rights they may assert in state court.

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 6/21/13

Court to serve